THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BEAMON, #166 666, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09-CV-319-WHA |
| | )       [WO] |
| MONTGOMERY POLICE DEPT., | ) |
| | ) |
|    Defendant. | ) |

**FINAL JUDGMENT**

In accordance with order entered in this case on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, James Beamon.

This case is DISMISSED, the parties to bear their own costs.

Done this 5th day of May, 2009.


                             /s/ W. Harold Albritton
                             SENIOR UNITED STATES DISTRICT JUDGE